**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6866

FRANK A. ROBINSON,

Plaintiff - Appellant,

versus

HELEN F. FAHEY, Chairman of the Virginia
Parole Board; DAVID HARKER, Vice-Chairman,
Virginia Parole Board; CAROL ANN SIEVERS,
Member, Virginia Parole Board,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. David G. Lowe, Magistrate
Judge. (CA-04-149-3-DGL)

Submitted: March 30, 2006          Decided: April 6, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank A. Robinson, Appellant Pro Se. Richard Carson Vorhis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank A. Robinson appeals the magistrate judge's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders on the reasoning of the magistrate judge. See Robinson v. Fahey, No. CA-04-149-3-DGL (E.D. Va. April 15 & 21, 2005).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to jurisdiction of the magistrate judge under 28 U.S.C. § 636(c).

- 2 -